[No. 8188–1–II.  Division Two.  June 30, 1987.]

THE STATE OF WASHINGTON, *on the Relation of Linda Camp Bolen, Respondent,* v. KENNETH SCOTT CAMP, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 272660, Thomas A. Swayze, Jr., J., entered October 5, 1984. *Reversed* and *vacated* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[Nos. 8721–9–II; 9127–5–II; 9424–0–II.  Division Two.  June 30, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LENARD WHISLER, *Appellant.*

Appeals from judgments of the Superior Court for Thurston and Pierce Counties, Nos. 84–1–00454–5, 85–1–00225–5, Daniel J. Berschauer and William L. Brown, Jr., JJ., entered April 23, July 5, and December 13, 1985. Cause Nos. 8721–9–II and 9424–0–II *affirmed* and No. 9127–5–II *vacated* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.